UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JON VERNON IMMEL,

    Petitioner,

  v.                                        Case No. 20-cv-652-JPG

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Jon Vernon Immel's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed.

**DATED: July 9, 2020**                                    **MARGARET M. ROBERTIE, Clerk of Court**

                                                                **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**